# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAN BRINKMAN,** | ) |
| Plaintiff, | ) Case No. 3:13-cv-01434-SI |
| v. | ) **JUDGMENT** |
| **INTERNAL REVENUE SERVICE UNITED STATES DEPARTMENT OF JUSTICE TAX DIVISION, et al.** | ) |
| Defendants. | ) |

**SIMON, District Judge.**

IT IS ORDERED that this case is dismissed with prejudice.

Dated this 30th day of September, 2013.

/s/ Michael H, Simon
Michael H. Simon
United States District Judge